# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-340-1 |
| | § § § § | |
| THUONG HONG NGUYEN | § | |

# O R D E R

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 678). The motion for continuance is GRANTED. The sentencing hearing is reset to **October 14, 2014 at 9:00 a.m.**

SIGNED on April 14, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge