# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-340-1 |
| | § | |
| THUONG HONG NGUYEN | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 732). The motion for continuance is GRANTED. The sentencing hearing is reset to **July 22, 2015 at 9:00 a.m.**

SIGNED on May 5, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge