United States District Court
Southern District of Texas
**ENTERED**
June 10, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-11-340-1 |
| THUONG HONG NGUYEN | | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 766). The motion for continuance is GRANTED. The sentencing hearing is reset to **September 7, 2016 at 9:30 a.m.** Objections to the presentence report are to be filed by August 24, 2016. No further continuances will be granted.

SIGNED on June 10, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge